IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 08-69-001 Erie |
| | ) |
| BILL R. RANA | ) |
| Defendant | ) |
| | ) |

## PLEA

Defendant, Bill R. Rana being arraigned, pleads GUILTY to Count One (1) this 15th day of January, 2009

_____
BILL R. RANA, Defendant

_____
Damon C. Hopkins, Attorney for Defendant