MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

U.S.A. )
)
)
**Plaintiff,** )
)
Vs. ) CR. NO. 08-69  ERIE
Bill R. Rana )
)
)
**Defendant.** )

**HEARING ON** Sentencing

Before Judge Sean J. McLaughlin

Date: 6-24-09

Marshall Piccinini, AUSA          Damon Hopkins

_____    _____
Appear for Plaintiff                        Appear for Defendant

Hearing begun 10 am              Hearing adjourned to 10:39 am

Hearing concluded C.A.V. _____   Stenographer R. Bench
                                  Clerk N Kiergh

**WITNESSES:**

Sealed testimony taken in chambers; Court Testimony taken from Linda Rana; Court rec. that this ∆ be incarcerated as close to Erie as possible. ∆ is sentenced to 50 mths imprisonment; 5 years S.R. $100.00 Special Assessment; fine waived. J & C to follow.